**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6294**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHAWN SADLER, a/k/a Tangulifu M. Barber, a/k/a Carlos Watts,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:04-cr-00330-CMC-5)

Submitted: July 23, 2015                    Decided: July 27, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shawn Sadler, Appellant Pro Se. William Kenneth Witherspoon, Assistant United States Attorney, Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Shawn Sadler appeals the district court's order denying his motion and supplemental motion for return of property.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Sadler, No. 3:04-cr-00330-CMC-5 (D.S.C. Jan. 21, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED